

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

SHIRA SISKIND
*Senior Counsel*
Phone: (212) 356-2414
Fax: (212) 356-3509
ssiskind@law.nyc.gov

October 12, 2018

**BY E.C.F.**
Honorable Lewis A. Kaplan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  Dayahan Taylor v. City of New York, et al.
          17 CV 6491 (LAK) (GWG)

Your Honor:

    I am a Senior Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above-referenced matter. I respectfully write, on behalf of all parties, to advise the Court that the above-referenced action settled. The Stipulation and Order of Dismissal will be submitted as soon as it is executed.

    In light of the settlement, defendants request that all deadlines in this case be adjourned *sine die*.

    We thank the Court for its assistance throughout this litigation.

Respectfully submitted,

*Shira Siskind*

Shira Siskind
Assistant Corporation Counsel
Special Federal Litigation Division

cc:  By E.C.F.
     Jeffrey Bloomfield, Esq.
     *Attorney for Plaintiff*