```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 26 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DAYAHAN TAYLOR,

                          Plaintiff,           17-CV-6491 (LAK)(GWG)

v.

THE CITY OF NEW YORK, ET ANO,

                          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The parties have reported that they have reached a settlement agreement in principle. Accordingly, the case is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before, November 26, 2018, if the settlement is not executed by then.

        SO ORDERED.

Dated:      October 26, 2018

                                                  _____
                                                  Lewis A. Kaplan
                                                  United States District Judge