UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

DAYAHAN TAYLOR,

              Plaintiff,

  -against-

THE CITY OF NEW YORK and POLICE OFFICER DANIEL
RODNEY (Tax 949555),

              Defendants.
---------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

17 CV 6491 (LAK)

  **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

  **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

  1. The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       October 23, 2018

| | |
|---|---|
| LAW OFFICES OF MICHAEL S. LAMONSOFF PLLC<br>*Attorneys for Plaintiff*<br>Financial Square at 32 Old Slip<br>New York, New York 10005<br>(212) 962-1020<br><br>By: _____<br>     Jeffrey Bloomfield | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants City of New York<br>  and Rodney*<br>100 Church Street<br>New York, New York 10007<br><br>By: _____<br>Shira Siskind<br>*Senior Counsel* |

SO ORDERED:

_____
HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2018